**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Demorris Alexander JAMES,
Defendant—Appellant.**

**No. 10–6774.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Nov. 3, 2010.

Demorris Alexander James, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demorris Alexander James appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence from 180 months' to 150 months' imprisonment based on a two-level reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. James,* No. 2:05–cr–00161–JBF–JEB–1 (E.D.Va. Jan. 6, 2010); *see also Dillon v. United States,* — U.S. —, — – —, 130 S.Ct. 2683, 2693–94, 177 L.Ed.2d 271 (2010) (clarifying that § 3582(c)(2) does not authorize a resentencing, but rather permits a sentence reduction within the narrow bounds established by the Commission, and concluding that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*